Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CA, INC., <br><br> Defendant. | Case No.: 5:12-CV-01940-LHK <br><br> **ORDER** |

After reviewing the stipulation filed by all parties and upon good cause, the Court orders that the deadline to file the ADR Certification and Stipulation to ADR Process or Notice for ADR Phone Conference forms be continued from July 11, 2012 to July 18, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 12, 2012

*Lucy H. Koh*
United States District Court
Hon. Lucy H. Koh