# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SOFTVAULT SYSTEMS, INC.

                 Plaintiff(s),

v.

CA, INC.,

                 Defendant(s).

**CASE NO.** 4:12-CV-01940-DMR
Related Case No.: 12-CV-01999-LHK
Related Case No.: 12-CV-01658-LHK

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Benjamin M. Stern, an active member in good standing of the bar of the Commonwealth of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is, Holland & Knight LLP, 10 St. James Avenue, Boston, MA 02116; tel: (617) 523-2700; fax: (617) 523-6850; email: benjamin.stern@hklaw.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant and Counterclaimant CA, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __July 31__, 2012

                                                  */s/ Lucy H. Koh*
                                                  United States District Court Judge
                                                  Hon. Lucy H. Koh

American LegalNet, Inc.
www.Forms*Workflow*.com

**United States District Court**
**For the Northern District of California**