MATTHEW P. VAFIDIS (California Bar No. 103578)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910
matthew.vafidis@hklaw.com

JOSHUA C. KRUMHOLZ (*pro hac vice*)
BENJAMIN STERN (*pro hac vice*)
J. MITCHELL HERBERT, JR. (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
joshua.krumholz@hklaw.com
benjamin.stern@hklaw.com
mitchell.herbert@hklaw.com

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT CA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>CA, INC.<br>    Defendant. | Case No. 5:12-CV-01940-LHK<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO SERVE INVALIDITY CONTENTIONS**<br><br>Complaint Filed:    4/18/2012 |

Defendant CA, INC. and Plaintiff SOFTVAULT SYSTEMS, INC. by and through their attorneys of record hereby stipulate as follows:

WHEREAS the deadline for CA, INC. to serve its Invalidity Contentions is October 1, 2012;

WHEREAS, CA, INC. has requested from counsel for Plaintiff that the Deadline to serve its Invalidity Contentions be continued for seven days, until October 8, 2012.

THEREFORE, counsel have met and conferred and agree that the Deadline be continued and rescheduled from October 1, 2012 to October 8, 2012.

Dated: October 1, 2012  /s/ J. Mitchell Herbert, Jr.
HOLLAND & KNIGHT LLP
J. Mitchell Herbert, Jr.
Attorney for Defendant
CA, INC.

Dated: October 1, 2012  /s/ Corby R. Vowell
Friedman, Suder & Cooke, P.C.
Corby R. Vowell
Attorney for Plaintiff
SOFTVAULT SYSTEMS, INC.

### **ATTESTATION REGARDING CONCURRENCE**

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatory.

Dated:  October 1, 2012  /s/ J. Mitchell Herbert, Jr.
Attorney for Defendant CA, Inc.

## DECLARATION OF J. MITCHELL HERBERT, JR.

I, J. Mitchell Herbert, Jr., declare as follows:

1. I am an attorney with the law firm of Holland & Knight LLP, attorneys of record for Defendant CA, Inc. in this action. I make this declaration in support of this Stipulated Request to Continue Deadline To Serve Invalidity Contentions. I have personal knowledge of the facts set forth in this Declaration, and if called upon as a witness, I would testify competently and truthfully with respect to those facts.

2. On Monday, October 1, 2012, attorneys for all parties met and conferred via email and mutually agreed that a continuance of the deadline for CA, Inc. to serve its Invalidity Contentions until October 8, 2012 was acceptable and would not prejudice either party. This request was made by counsel for CA, Inc., and was agreed to by counsel for SoftVault Systems, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 1, 2012         /s/ *J. Mitchell Herbert, Jr.*
                               J. Mitchell Herbert, Jr.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CA, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 5:12-CV-01940-LHK <br><br> **ORDER** |

After reviewing the stipulation filed by all parties and upon good cause, the Court orders that the deadline for CA, INC. to serve its Invalidity Contentions be continued from October 1, 2012 to October 8, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October  2 , 2012

_Lucy H. Koh_
United States District Court
Hon. Lucy H. Koh