Alisa Lipski (Bar No. 278710)
Edward Goldstein (*Pro Hac Vice to be filed*)
GOLDSTEIN & LIPSKI, PLLC
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
Email: alipski@gliplaw.com
Email: egoldstein@gliplaw.com

Jonathan T. Suder *(admitted Pro Hac Vice)*
Corby R. Vowell *(admitted Pro Hac Vice)*
Todd I. Blumenfeld (*Pro Hac Vice to be filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Benedict O'Mahoney (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Ph.: 408-299-1200
Fax: 408-998-4895
Email: bomahoney@terralaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CA. INC., <br><br> Defendant. | CASE NO. 12-cv-1940-LHK <br> Consolidated Case No.: 12-cv-1099 <br> Consolidated Case No.: 12-cv-1658 <br><br> [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF CA, INC. <br><br> JURY TRIAL DEMANDED |

1    Recognizing the Stipulation of Dismissal filed by Plaintiff SoftVault
2 Systems, Inc. and Defendant CA, Inc., it is
3    ORDERED that the claims and counterclaims asserted herein by Plaintiff
4 SoftVault Systems, Inc. and Defendant CA, Inc. against each other be, and hereby
5 are, dismissed WITH PREJUDICE; and
6    ORDERED that each party shall bear its own costs and attorney's fees.
7    The Clerk shall close the file.

Signed this  24  day of  October , 2012

_Lucy H. Koh_
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE